# STATEMENT OF FACTS

On or about July 29, 2013, members of the Narcotics Special Investigations Division set up an undercover operation in which the defendant, Cherita Ellis, arranged to sell an undercover officer a large quantity of PCP. The defendant arrived at the undercover location which is located in Washington, DC, and is equipped with audio and video recording equipment. The defendant met with a CI and undercover officer and retrieved five (5) glass vials from her purse that contained an amber liquid and handed it to the CI. The undercover officer gave the defendant U.S. currency for the vials, which later tested positive for PCP. On or about December 5, 2013, the defendant was observed leaving the area of the 4100 Block of Gault Place, N.E., Washington, DC and was stopped. The undercover officer positively identified the defendant as the person who sold him/her PCP on July 29, 2013. The defendant was placed under arrested.

The narcotics transaction and the amount of PCP sold are consistent with possession with intent to distribute rather than mere possession.

_____
OFFICER ALVIN CARDINAL
NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF DECEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE